AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Anderson, Jr., George R | 2. Court or Organization  U. S. District Court, SC | 3. Date of Report  05/07/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  Post Office Box 2147  Anderson, SC 29622 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Foundation Council; Emeritus Member - Board of Visitors & Directors | Anderson University |
| 2. Founders Council | Clemson University Calhoun Lecture Series |
| 3. Honorary Member, Board of Directors | Anderson Area YMCA |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 P 12: 07 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Trial Lawyers Association | 8/2/2007 - 8/4/2007 | Hilton Head Island, SC | Convention Guest | Room; Registration Fee |
| 2. | SC Trial Lawyers Association | 11/29/2007 - 12/2/2007 | Atlanta, GA | Convention Speaker | Room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. INSURED MUNICIPAL INCOME TRUST BOND (9.36%) | A | Interest | | | Redeem | 1/22 | J | | |
| 3. COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 4. SC RESOURCES AUTHORITY LOCAL GOVERNMENT BOND (7.2%) | C | Interest | | | P. Redeem | 6/1 | J | A | |
| 5. | | | | | Redeem | 12/1 | K | A | |
| 6. SC STATE HOUSING AUTHORITY BOND (6.45%) | B | Interest | K | T | | | | | |
| 7. DARLINGTON CO. SC BOND (6.125%) | C | Interest | L | T | | | | | |
| 8. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 9. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | K | T | | | | | |
| 10. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 11. SPARTANBURG COUNTY SC HEALTH SERVICES BOND (5.5%) | D | Interest | L | T | | | | | |
| 12. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 13. SPARTANBURG CO. SC HEALTH SERVICES BOND (5.125%) | D | Interest | M | T | | | | | |
| 14. BANK OF ANDERSON ACCOUNTS | A | Interest | K | T | | | | | |
| 15. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 16. PEOPLES BANCORPORATION, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. REGIONS FINANCIAL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | M | T | | | | | |
| 19. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 20. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 21. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 22. MSDW IRA #1 | B | Dividend | K | T | | | | | |
| 23. - MSDW FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | See Note #1, Part VIII |
| 24. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 25. MSDW IRA #2 | A | Dividend | J | T | | | | | |
| 26. - MSDW FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | See Note #2, Part VIII |
| 27. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 28. MANDATORY IRA DISTRIBUTION: MSDW IRA #1 | B | Distribution | | | Distribution | 12/14 | | | See Note #3, Part VIII |
| 29. MS S&P 500 B FUND [MUTUAL FUND] | D | Dividend | L | T | | | | | See Note #4, Part VIII |
| 30. MS S&P 500 A FUND [MUTUAL FUND] | B | Dividend | K | T | | | | | See Note #5, Part VIII |
| 31. MANDATORY IRA DISTRIBUTION: MSDW IRA #2 | A | Distribution | | | Distribution | 12/14 | | | See Note #6, Part VIII |
| 32. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | N | T | | | | | |
| 33. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | K | T | | | | | |
| 34. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | ● =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 36. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | K | T | | | | | |
| 37. THREE RIVERS SOLID WASTE BOND (5.30%) | C | Interest | L | T | P. Redeem | 1/1 | K | A | |
| 38. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 39. SC PUBLIC SERVICE AUTH. BOND (5.125%) | C | Interest | K | T | | | | | |
| 40. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 41. MSDW AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | B | Dividend | K | T | | | | | |
| 42. BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 43. SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 44. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 45. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |
| 46. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | E | Interest | N | T | | | | | |
| 47. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 48. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 49. SC PUB SVC AUTH SANTEE COOPER BOND 5.125 | D | Interest | M | T | | | | | |
| 50. VAN KAMPEN COMSTOCK B MUTUAL FUND | C | Divided | L | T | | | | | |
| 51. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 53. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 54. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 55. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 56. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 57. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 58. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 59. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 60. SC STATE PUB SVC AUTH SANTEE COOPER BOND 4.75% | B | Interest | K | T | | | | | |
| 61. SC STATE PUB SVC AUTH SANTEE COOPER BOND 4.75 | C | Interest | L | T | | | | | |
| 62. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 63. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | B | Interest | K | T | | | | | |
| 64. MSDW JP MORGAN MID CAP VALUE B FUND | C | Dividend | K | T | | | | | |
| 65. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 66. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 67. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 68. MSDW JP MORGAN MID CAP VALUE C FUND | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MSDW VAN KAMPEN COMSTOCK C FUND | D | Dividend | M | T | | | | | |
| 70. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 71. MEDICAL UNIVERSITY SC HOSPITAL BOND 5.00% | C | Interest | L | T | | | | | |
| 72. EASLEY SC UTILITY REV. BOND 4.50% | C | Interest | L | T | | | | | |
| 73. UNIVERSITY OF SC BOND 4.25% | C | Interest | L | T | | | | | |
| 74. UNIVERSITY OF SC BOND 4.25% | D | Interest | M | T | | | | | |
| 75. ANDERSON CO. MUN. WATER & SEWER BOND 5.00% | A | Interest | J | T | | | | | |
| 76. COLUMBIA, SC WATER & SEWER BOND 5.00% | B | Interest | K | T | | | | | |
| 77. SC JOBS ECON. DEV. AUTH. BOND 4.50% | D | Interest | M | T | | | | | |
| 78. DORCHESTER CO COURTHOUSE BOND 4.60% | D | Interest | M | T | | | | | |
| 79. SC PUB SVC AUTH SANTEE COOPER BOND 4.50% | B | Interest | L | T | | | | | |
| 80. SC PUB SVC AUTH SANTEE COOPER BOND 4.75% | C | Interest | L | T | | | | | |
| 81. MSDW AMERICAN GROWTH FUND OF AMERICA C | C | Dividend | L | T | | | | | See Note #7, Part VIII |
| 82. SCAGO EDU. COLLETON SCHOOL BOND | C | Interest | L | T | Buy | 1/8 | M | | |
| 83. SCAGO EDU. COLLETON SCHOOL BOND | B | Interest | L | T | Buy | 6/25 | L | | |
| 84. HORRY CO. SC SCHOOL BOND | | None | L | T | Buy | 12/6 | M | | |
| 85. TOUCHSTONE BANCSHARES, INC. COMMON STOCK | | None | J | T | Buy | 12/18 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Line 23. Class Exchange. Exchanged all shares of MSDW Focus Growth Fund B for MSDW Focus Growth Fund A.

Note 2: Part VII, Line 26. Class Exchange. Exchanged all shares of MSDW Focus Growth Fund B for MSDW Focus Growth Fund A.

Note 3: Part VII, Line 28. 9th Mandatory IRA withdrawal. IRA investments listed in Part VII, line 22.

Note 4: Part VII, Line 29. Class Exchange. Exchanged ███ shares of S&P 500 B for ███ shares of S&P 500 A on 6/28/2007.

Note 5: Part VII, Line 30. Class Exchange. Exchanged ███ shares of S&P 500 B for ███ shares of S&P 500 A on 6/28/2007.

Note 6: Part VII, Line 31. 8th Mandatory IRA withdrawal. IRA investments listed in Part VII, line 25.

Note 7: Part VII, Line 81: Bought ███ additional shares of MSDW American Growth Fund of America C for $22,000 on 4/4/2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544